

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00030-CR
_____

REGINALD REECE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 20F0970-005

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Reginald Reece pled guilty to theft of property valued at less than $2,500.00.[1]  *See* TEX. PENAL CODE ANN. § 31.03(e)(4)(D) (Supp.).  Pursuant to an agreement between the State and Reece, the trial court sentenced Reece to thirteen years' confinement in prison.  The trial court ordered Reece's sentence to run consecutively with two other thirteen-year sentences that were assessed against Reece the same day.[2]  Despite the trial court's certification that this was a plea-agreement case and that he had no right of appeal, Reece timely filed a notice of appeal.

Rule 25.2(d) of the Texas Rules of Appellate Procedure states, in part, "The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."  TEX. R. APP. P. 25.2(d).

Because there is no certification in the record that shows Reece has a right of appeal, we dismiss this appeal.

Jeff Rambin
Justice

Date Submitted:     December 16, 2024
Date Decided:       December 17, 2024

Do Not Publish

---

[1]The State's indictment against Reece also contained two enhancement paragraphs alleging convictions of aggravated assault and possession of a controlled substance.

[2]Reece appeals those two convictions in our cause numbers 06-24-00029-CR and 06-24-00031-CR.